UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| SAPUTO CHEESE USA INC. and SAPUTO DAIRY FOODS USA, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>AGRESERVES, INC. dba SOUTH VALLEY FARMS, and DOES 1 through 20 inclusive,<br><br>Defendants. | Case No. 1:21-cv-01073-JLT-SKO<br><br>Tulare Superior Court<br>Case No. VCU286237<br>[Filed: March 11, 2021]<br><br>**ORDER GRANTING JOINT STIPULATION AND REQUEST TO CONTINUE ALL DATES BY APPROXIMATELY 90 DAYS AND SETTING TRIAL DATE**<br><br>(Doc. 18) |

1
**ORDER GRANTING JOINT STIPULATION AND REQUEST TO CONTINUE ALL DATES BY APPROXIMATELY 90 DAYS**

Pursuant to the Parties' Joint Stipulation and Request to Continue All Dates (the "Stipulation") (Doc. 18), and for good cause shown, the Court hereby GRANTS the Stipulation and MODIFIES the Scheduling Order (Doc. 13) as follows:

- Discovery Deadlines:
    - Non-Expert Discovery:  September 16, 2022
    - Expert Disclosures:  October 14, 2022
    - Rebuttal Expert Disclosures:  November 18, 2022
    - Expert Discovery:  December 30, 2022
- Non-Dispositive Motion Deadlines:
    - Filing:  January 13, 2023
    - Hearing:  February 22, 2023
- Dispositive Motion Deadlines:
    - Filing:  January 27, 2023
    - Hearing:  March 3, 2023
- Deadline to Provide Proposed Settlement Conference Dates:
    - July 15, 2022[1]
- Pre-Trial Conference:
    - April 28, 2023, at 1:00 p.m. in Courtroom 4 (JLT)

The trial is SET for June 27, 2023, at 8:30 a.m. in Courtroom 4 before the Honorable Jennifer L. Thurston, United States District Judge.

IT IS SO ORDERED.

Dated:  **April 28, 2022**             /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE

---

[1] The Court observes that the parties proposed that a settlement conference be held in July 2022.  (*See* Doc. 18 at 2.) In view of the continued discovery deadlines, a settlement conference at that time would likely be premature. Accordingly, the parties are directed to file, by no later than July 15, 2022, a joint statement proposing three or four dates on which a settlement conference (held Tuesdays and Thursdays at 10:00 a.m.) will be set.

1

**ORDER GRANTING JOINT STIPULATION AND REQUEST TO CONTINUE ALL DATES BY APPROXIMATELY 90 DAYS**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Varner & Brandt LLP
3750 University Avenue, Suite 610
Riverside, California 92501
(951) 274-7777

**ORDER GRANTING JOINT STIPULATION AND REQUEST TO CONTINUE ALL DATES BY APPROXIMATELY 90 DAYS**